Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lori Blank,<br><br>       Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>       Defendant. | Civil Action No: 2:17-cv-00034-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, August 7, 2017, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 07/07/2017               / s / Joseph C. Fraulob
                                           Joseph C. Fraulob
                                           Attorney for Plaintiff

Dated: 07/07/2017               / s / Marcello Illarmo
                                           Marcello Illarmo
                                           Special Assistant U.S. Attorney
                                           Attorney for Defendant

IT IS ORDERED.

Dated: July 11, 2017.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE