PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI DIANE BLANK,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00034-EFB<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reassess the medical source opinions. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 28, 2017 */s/ Joseph C. Fraulob\**
(*as authorized via e-mail on 9/26/17)
JOSEPH C. FRAULOB
Attorney for Plaintiff

Dated: September 28, 2017 PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk is directed to enter judgment in plaintiff's favor.

Dated: October 2, 2017

_____
THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge